UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 OCT 13 P 1:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner )<br>                      )<br>        V.            )<br>                      )<br>KINNEY ELECTRIC )<br>KEITH KINNEY AS PROPRIETOR )<br>        Respondent ) | M.B.D. No.<br><br>**04 MBD 10300** |

### AFFIDAVIT OF REVENUE OFFICER

I, Andrea Baker, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Kinney Electric Keith Kinney as Proprietor, are true to the best of my knowledge and belief.

*Andrea Baker*
Revenue Officer
Internal Revenue Service

On this 18th day of August, 2004, before me, the undersigned notary public, personally appeared Andrea Baker, proved to me through satisfactory evidence of identification, which were federal badge # 02-03006 US Treasury to be the person whose name is signed on this document in my presence.

My Commission expires: Oct 18, 2007

*Frank Centrella, Jr*
NOTARY PUBLIC
Frank Centrella, Jr