UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
      Petitioner, )
)
v. ) M.B.D. No. 04-10300-LPC
)
KINNEY ELECTRIC, )
Keith Kinney, as President, )
      Respondent. )

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court. This Court issued an Order Enforcing Internal Revenue Services Summons on November 4, 2004.

The petitioner now seeks to withdraw because the respondent has complied with the Internal Revenue Service Summons.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

By: _____
ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and the attorney of record for each other party) by mail on _____.

X _____
Assistant U.S. Attorney